United States District Court
Southern District of Texas
**ENTERED**
January 11, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| EP ENERGY CORPORATION, *ET AL* | § | CIVIL ACTION NO. 4:20-02755 |
| | § | |
| Debtor(s), | § | |
| | § | |
| MCKINLEY HOUSTON, ET AL | § | |
| | § | ADV. PROCEEDING NO. 19-3698 |
| Plaintiff(s). | § | |
| VS. | § | |
| EP ENERGY CORPORATION | § | |
| Defendant(s) | § | |

## **MEMORANDUM AFFIRMING DISMISSAL**

Before the Court is the appeal of the appellants', Michael Houston and Steven Houston, from an order dismissing their adversary proceeding by the Bankruptcy Court in this cause. The appellee, EP Energy Corporation, filed a response, seeking to have the order of the Bankruptcy Court affirmed. After a careful review of the Bankruptcy Court's order, the briefs filed and the record before the Court, the Court concludes that the Bankruptcy Court's order should be affirmed.

The issue before the Court raises the limited question of whether a judgment entered in an Illinois state court and recognized by a Louisiana state court are void. Suffice it to say, the nature of those proceedings and facts supporting same are not relevant to the issue here. It is sufficient to state that the outcomes in both the Illinois and Louisiana state courts were unfavorable to the appellants.

Unconvinced by the state court decisions, the appellants raised the issue of voidness of the state judgment(s) in federal court in Louisiana contending that the *Rooker-Feldman* doctrine did not apply. That federal court and the Fifth Circuit Court Appeals found that the appellants' claim, that the state court judgments were void, were without merit. Hence, the Bankruptcy Court determined that it was bound by the Fifth Circuit's decision. So is this Court.

Therefore, this Court AFFIRMS the Bankruptcy Court's Order dismissing the appellant's adversary complaint.

It is so ORDERED.

SIGNED on this 11th day of January, 2021.

_____
Kenneth M. Hoyt
United States District Judge